United States and
Bankruptcy Courts for
the District of
Columbia

Case: 1:17-cv-02405          (F-Deck)
Assigned To : Unassigned
Assign. Date : 11/6/2017
Description: Pro Se Gen. Civil

Matthew Irvin

1317 G Street, NW

District of Columbia, 20005

vs.

Henderson Behavioral
Health

2900 W. Prospect Road

Tamarac, Fl 33309

RECEIVED

NOV - 6 2017

Clerk, U.S. District and
Bankruptcy Courts

(Compliance to order of
Bearing original signature)

Matthew

United States District
And Bankruptcy Courts
for the District of
Columbia

Matthew Irvin
1611 NW 28th ave
Fort Lauderdale, Fl 33311

vs.

Henderson Behavioral
Health
2900 W. Prospect Road
Tamarac, fl 33309

**RECEIVED**

NOV - 6 2017

Clerk, U.S. District and
Bankruptcy Courts



Defendant Henderson Behavioral Health, prescribed medications/treatments, that cost Plaintiff (Irvin Matthew) in medical and other outstanding expenses. As Medications, labeled as Zyprexa were initially micro-chips used unconstitutional by person acting under color of federal Government. ~~Defendant Henderson Behavioral Health then prescribed~~ Medications which caused irregular sweat patterns, pain behind the ear loads, the hearing of music, ~~the circulation~~ irregular sleep patterns, ~~Defendant then after refusing of the medication started injecting the toxic substance into foods and supplies of Walmart Department Stores.

(Statement of Claim)

X ⅅMatthew
11-6-17

Relief:

~~Compensatory~~

Reimbursements of prosecuting, investigation, filings, printing, summonsing and processing fees. Prosecutions of Henderson Behavioral Health agents acting under color of the United States federal Government. Jury Demand of ~~class action~~ $500,000.00.